**ORIGINAL** 8:06cv609

# In the United States Court of Federal Claims

FILED
DEC 1 9 2003
U.S. COURT OF
FEDERAL CLAIMS

\* \* \* \* \* \* \* \*

ACCEPTANCE INSURANCE COMPANIES INC.,  \*

    Plaintiff,  \*  No.. 03-2794L

    v.  \*  Filed: December 19, 2003

UNITED STATES OF AMERICA,  \*

    Defendant.  \*

\* \* \* \* \* \* \* \*

## ORDER

    Plaintiff's complaint states essentially that a government agency declined to approve the sale of plaintiff's assets, apparently by a discretionary ruling. Plaintiff's claim for relief is based on a regulatory takings theory. The basis for the reasonable investment-backed expectations prong is plaintiff's "history of dealing with the RMA and its approval of prior transactions . . . ."

    Plaintiff's allegations do not seem to fit the typical regulatory takings construct, as they are stated in this complaint. We will await defendant's Answer, due February 9; meanwhile, we would be interested to see any cases that plaintiff has that discuss similar fact situations in a takings context as opposed to APA, for example.

                                                      /s/ Robert H. Hodges, Jr.
                                                      Robert H. Hodges, Jr.
                                                      Judge