# In the United States Court of Federal Claims

|  |  |
|---|---|
| * * * * * * * * | |
| ACCEPTANCE INSURANCE COMPANIES INC.,* | |
| Plaintiff,   * | No. 03-2994 C |
| v.   * | Filed: January 15, 2004 |
| UNITED STATES OF AMERICA,   * | |
| Defendant.   * | |
| * * * * * * * * | |

**FILED JAN 1 5 2004 U.S. COURT OF FEDERAL CLAIMS**

## ORDER

Defendant's Answer is due February 9. We do not expect to extend this deadline. If the appropriate agency has not cooperated in providing a litigation report or other hindrances have arisen, counsel should address these matters promptly. The Answer or other pleadings should address the issues that we raised in the December 19 Order.

Robert H. Hodges, Jr.
Judge

