# ORIGINAL

## In the United States Court of Federal Claims


FILED
MAR 1 1 2004
U.S. COURT OF
FEDERAL CLAIMS

\* \* \* \* \* \* \* \*

ACCEPTANCE INSURANCE COMPANIES INC., \*

    Plaintiff,  \*  No. 03-2794C

    v.  \*  Filed: March 11, 2004

UNITED STATES OF AMERICA,  \*

    Defendant.  \*

\* \* \* \* \* \* \* \*

## ORDER

    We have Plaintiff's Opposition to Defendant's Motion to Dismiss. The Opposition does not address directly the possibility that the Agency's decision that the proposed sale was "detrimental to the interests of taxpayers and farmers" could raise an issue under the Administrative Procedures Act. Plaintiff has explained its takings theory, however, and we suggest an argument on the issue at an early date. Defendant may file a reply or present it at the argument. We ask that counsel agree on a convenient time for the hearing, before or soon after the time for filing a reply, and advise the court.

Robert H. Hodges, Jr.
Judge