ORIGINAL

# In the United States Court of Federal Claims

\* \* \* \* \* \* \* \*

ACCEPTANCE INSURANCE COMPANIES INC.,*

    Plaintiff,      *

    v.      *

UNITED STATES OF AMERICA,  *

    Defendant.    *

\* \* \* \* \* \* \* \*

No. 03-2794C

Filed: March 17, 2004

FILED
MAR 17 2004
U.S. COURT OF FEDERAL CLAIMS

## ORDER

We have scheduled an oral argument for April 15 at 10:00 am to discuss the Motion to Dismiss.

                                  Robert H. Hodges, Jr.
                                  Judge