**ORIGINAL**

# In the United States Court of Federal Claims

FILED
MAR 1 9 2004
U.S. COURT OF
FEDERAL CLAIMS

\* \* \* \* \* \* \* \*

ACCEPTANCE INSURANCE COMPANIES INC., *

Plaintiff, *     No. 03-2794C

v. *     Filed: March 19, 2004

UNITED STATES OF AMERICA, *

Defendant. *

\* \* \* \* \* \* \* \*

## ORDER

Defendant's unopposed motion for enlargement to April 7 is GRANTED.

Robert H. Hodges, Jr.
Judge