

# In the United States Court of Federal Claims

```
*   *   *   *   *   *   *   *
ACCEPTANCE INSURANCE COMPANIES INC.,  *
            Plaintiff,                *     No. 03-2794C
       v.                             *     Filed: August 31, 2004
UNITED STATES OF AMERICA,             *
            Defendant.                *
*   *   *   *   *   *   *   *
```

FILED
AUG 3 1 2004
U.S. COURT OF
FEDERAL CLAIMS

## ORDER

Defendant's Unopposed Motion for Enlargement of Time and Response to the Court's August 13, 2004 Order is GRANTED. Defendant will file a responsive pleading to plaintiff's Complaint on or before September 10, 2004.

The parties will file a Joint Preliminary Status Report on or before October 29, 2004 in accordance with Appendix A to the Rules of the Court of Federal Claims.

_____
Robert H. Hodges, Jr.
Judge