# ORIGINAL

## In the United States Court of Federal Claims

FILED
DEC 9 2004
U.S. COURT OF FEDERAL CLAIMS

\* \* \* \* \* \* \* \*

ACCEPTANCE INSURANCE COMPANIES INC., *

    Plaintiff, *

    v. *

UNITED STATES OF AMERICA, *

    Defendant. *

\* \* \* \* \* \* \* \*

No. 03-2794C

Filed: December 9, 2004

### ORDER

    The parties' JPSR arrived while we were out of the office conducting a trial. We regret the delay in responding, and hope that the parties have been conducting discovery in the interim. This case was filed nearly a year ago, so the proposed discovery schedules seem rather generous. It is not clear what the purpose of expert discovery in this case would be, unless it is related to damages. If the parties mean by "amend pleadings" the joinder of American Growers, we are willing to expedite that process by accepting an amended complaint at any time.

    The parties will complete all discovery by September 15, 2005. When counsel are confident that they know whether dispositive motions are likely, but no later than the close of discovery on September 15, they should notify the court. We will schedule a hearing to discuss the basis for a dispositive motion, if applicable, within a week thereafter. Counsel may contact the court at any time to discuss the possibility of settlement, or any other matter relating to pretrial issues.

_____
Robert H. Hodges, Jr.
Judge