

# In the United States Court of Federal Claims

```
*  *  *  *  *  *  *  *
ACCEPTANCE INSURANCE COMPANIES INC.,  *
                                              No. 03-2794C
         Plaintiff,                    *
                                              Filed: April 11, 2005
     v.                                *

UNITED STATES OF AMERICA,              *

         Defendant.                    *

*  *  *  *  *  *  *  *
```

**FILED**
APR 1 1 2005
U.S. COURT OF
FEDERAL CLAIMS

### ORDER

Plaintiff's motion for leave to file its first amended Complaint is GRANTED. Defendant does not object. Defendant requests an extension of the discovery deadline from September 15 to October 15. Plaintiff does not oppose the extension deadline. Discovery will end on October 15.

Robert H. Hodges, Jr.
Judge