**ORIGINAL**

# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * | |
| ACCEPTANCE INSURANCE COMPANIES, INC., * | |
| Plaintiff, * | No. 03-2794C |
| v. * | Filed: November 8, 2005 |
| UNITED STATES OF AMERICA, * | |
| Defendant. * | |
| * * * * * * * * | |

**FILED**
NOV 8 2005
U.S. COURT OF
FEDERAL CLAIMS

## ORDER

The parties' joint request that the court grant an enlargement of time nunc pro tunc from October 15, 2005 to November 7, 2005 to complete discovery is GRANTED. A status conference is scheduled in this case on November 17, 2005 at 10:00 a.m.

Robert H. Hodges, Jr.
Judge