26

# ORIGINAL

# In the United States Court of Federal Claims

\*   \*   \*   \*   \*   \*   \*   \*

ACCEPTANCE INSURANCE COMPANIES, INC.,   \*

      Plaintiff,   \*

      v.   \*

UNITED STATES OF AMERICA,   \*

      Defendant.   \*

\*   \*   \*   \*   \*   \*   \*   \*

8:06CV609

No. 03-2794C

Filed: November 18, 2005

> **FILED**
>
> NOV 1 8 2005
>
> U.S. COURT OF
> FEDERAL CLAIMS

OFFICE OF THE CLERK   06 SEP 26 PM12: 45

## ORDER

The parties met with the court on November 17, 2005 for a status conference. Counsel jointly proposed a schedule for expert discovery and briefing. The court adopts the following pretrial dates the parties set forth at the conference.

      EXPERT DISCOVERY

| | |
|---|---|
| December 2, 2005 | Plaintiff's expert reports due. |
| January 10, 2005 | Defendant's expert reports due. |
| January 18, 2006 | Complete depositions of plaintiff's and defendant's expert witnesses. |

      PRETRIAL BRIEFING

| | |
|---|---|
| January 24, 2006 | Defendant's Motion for Summary Judgment due. |
| March 3, 2006 | Plaintiff's Response to Defendant's Motion for Summary Judgment and any cross-motion by plaintiff due. |
| April 3, 2006 | Defendant's Reply to Plaintiff's Response |

and defendant's response to any cross-motion due.

April 17, 2006                              Plaintiff's reply to defendant's response to any cross-motion due.

The court will set dates for trial and any additional pretrial matters after briefing has been completed.

Robert H. Hodges, Jr.
Judge