# In the United States Court of Federal Claims

```
* * * * * * * * * * *
ACCEPTANCE INSURANCE    *
COMPANIES, INC.,        *
                        *
        Plaintiff,      *      Docket No. 03-2794C
                        *
        v.              *      Filed: December 7, 2005
                        *
THE UNITED STATES,      *
                        *
        Defendant.      *
                        *
* * * * * * * * * * *
```

FILED
DEC - 7 2005
U.S. COURT OF
FEDERAL CLAIMS

## ORDER OF REASSIGNMENT

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, which permits reassignment of a case if necessary for the efficient administration of justice, this case is transferred to Judge Thomas C. Wheeler with his consent.

IT IS SO ORDERED.

_____
Robert H. Hodges, Jr.
Judge