

# In the United States Court of Federal Claims

No. 03-2794

(Filed: January 18, 2006)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

ACCEPTANCE INSURANCE
COMPANIES INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

FILED JAN 1 8 2006 U.S. COURT OF FEDERAL CLAIMS

## ORDER

On January 18, 2006, the Court held a conference call with counsel for the parties to discuss the status of the case and a schedule for filing dispositive motions. Accordingly, and with the mutual agreement of the parties:

1. Defendant shall file its Motion for Summary Judgment on or before February 3, 2006;

2. Plaintiff shall file its Response to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment (if any) on or before March 10, 2006;

3. Defendant shall file its Reply in Support of its Motion for Summary Judgment, and Response to Plaintiff's Cross-Motion for Summary Judgment on or before April 10, 2006;

4. Plaintiff shall file its Reply in Support of its Cross-Motion for Summary Judgment on or before April 24, 2006;

5. Counsel are referred to the procedures in RCFC 56(h) regarding the preparation or stipulation of Proposed Findings of Uncontroverted Facts. Strict compliance with Rule 56(h) will be expected.

IT IS SO ORDERED.

*Thomas C. Wheeler*
THOMAS C. WHEELER
Judge