# In the United States Court of Federal Claims

No. 03-2794

(Filed: January 27, 2006)

```
***********************************  *
                                     *
ACCEPTANCE INSURANCE                 *
COMPANIES INC.,                      *
                                     *
                 Plaintiff,          *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
                 Defendant.          *
                                     *
***********************************  *
```

### ORDER

This case having been deemed suitable for conversion into an electronic (ECF) case, the Court hereby directs the Clerk of the Court to designate this case as an ECF case. All future filings shall be in electronic form pursuant to General Order 42A.

IT IS SO ORDERED.

_____
THOMAS C. WHEELER
Judge