# In the United States Court of Federal Claims

No. 03-2794

(Filed: January 31, 2006)

```
*******************************************  *
                                             *
ACCEPTANCE INSURANCE                         *
COMPANIES INC.,                              *
                                             *
               Plaintiff,                    *
                                             *
v.                                           *
                                             *
THE UNITED STATES,                           *
                                             *
               Defendant.                    *
                                             *
*******************************************  *
```



## ORDER

On January 30, 2006, counsel for Defendant filed with the Court an Unopposed Motion for Enlargement of Time concerning the dates established in the Scheduling Order issued January 18, 2006. Defendant's Motion is hereby GRANTED in part, and the briefing schedule is modified as follows:

1. Defendant shall file its Motion for Summary Judgment on or before February 10, 2006;

2. Plaintiff shall file its Response to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment (if any) on or before March 17, 2006;

3. Defendant shall file its Reply in Support of its Motion for Summary Judgment, and Response to Plaintiff's Cross-Motion for Summary Judgment on or before April 17, 2006;

4. Plaintiff shall file its Reply in Support of its Cross-Motion for Summary Judgment on or before May 1, 2006.

IT IS SO ORDERED.

                                                s/ Thomas C. Wheeler
                                                THOMAS C. WHEELER
                                                Judge

ECF DOCUMENT
A TRUE COPY
TEST: SEP 2 2 2006
BRIAN BISHOP
Clerk, U.S. Court of Federal Claims
By
Deputy Clerk