# In the United States Court of Federal Claims

No. 03-2794

(Filed: February 13, 2006)

```
*******************************  *
                                 *
ACCEPTANCE INSURANCE             *
COMPANIES INC.,                  *
                                 *
                   Plaintiff,    *
                                 *
v.                               *
                                 *
THE UNITED STATES,               *
                                 *
                   Defendant.    *
                                 *
*******************************  *
```

ORDER

      On February 10, 2006, Defendant filed with the Court a Motion For Leave To File A Paper Appendix in support of its Motion to Dismiss, or in the alternative, for Summary Judgment. Defendant having shown good cause for its request, the Motion is GRANTED.

      IT IS SO ORDERED.

s/ Thomas C. Wheeler<br>
THOMAS C. WHEELER<br>
Judge

ECF DOCUMENT
A TRUE COPY SEP 2 2 2006
TEST: BRIAN BISHOP
Clerk, U.S. Court of Federal Claims
By: Deputy Clerk