8:06cv609

**Acceptance Insurance Companies, Inc. v. The United States**
No. 03-2794 C

# NOTE: THERE IS NO DOCUMENT 50. (Order filed on March 27, 2006, was assigned a document number in error.)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
06 SEP 26 PM 12: 47
OFFICE OF THE CLERK