# In the United States Court of Federal Claims

No. 03-2794

(Filed: April 17, 2006)

```
**********************************  *
                                    *
ACCEPTANCE INSURANCE                *
COMPANIES INC.,                     *
                                    *
              Plaintiff,            *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
              Defendant.            *
                                    *
**********************************  *
```



THIRD REVISED SCHEDULING ORDER

On April 13, 2006, Defendant filed with the Court an Unopposed Motion for Enlargement of Time to file its Reply in Support of its renewed Motion to Dismiss, or, in the alternative, for Summary Judgment, its Response to Plaintiff's Cross-Motion for Summary Judgment, and its response to Plaintiff's Proposed Findings of Uncontroverted Fact. Defendant's Motion is GRANTED. Accordingly:

1. Defendant shall file the above-referenced pleadings on or before May 1, 2006;

2. Plaintiff shall file its Reply in support of its Cross-Motion for Summary Judgment on or before May 17, 2006.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge