# In the United States Court of Federal Claims

No. 03-2794

(Filed: May 9, 2006)

```
***********************************  *
                                     *
ACCEPTANCE INSURANCE                 *
COMPANIES INC.,                      *
                                     *
              Plaintiff,             *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
              Defendant.             *
                                     *
***********************************  *
```

## ORDER

On May 8, 2006, Defendant filed with the Court a Motion For Leave To File Paper Version Of Defendant's Response To Plaintiff's Counterstatement Of Proposed Findings Of Uncontroverted Fact. Defendant's Motion is GRANTED.

IT IS SO ORDERED.

                                                  s/ Thomas C. Wheeler
                                                  THOMAS C. WHEELER
                                                  Judge



ECF DOCUMENT
A TRUE COPY SEP 22 2006
TEST:
BRIAN BISHOP
Clerk, U.S. Court of Federal Claims
By: _____
Deputy Clerk