# In the United States Court of Federal Claims

No. 03-2794

(Filed: May 16, 2006)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  \*

ACCEPTANCE INSURANCE  
COMPANIES INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  \*



ORDER

    Pursuant to the current Scheduling Order in this case issued May 1, 2006, all briefing related to Defendant's Motion to Dismiss and the Cross-Motions for Summary Judgment is due to be completed on or before May 24, 2006. Counsel for the parties are requested to appear for oral argument on the pending motions at the National Courts Building, 717 Madison Place, NW in Washington, DC on June 26, 2006 at 10:00 AM. The Court will allow counsel as much time as needed on that day to complete their presentations.

    IT IS SO ORDERED.

                                s/ Thomas C. Wheeler  
                                THOMAS C. WHEELER  
                                Judge

ECF DOCUMENT

A TRUE COPY  SEP 2 2 2006  
TEST:  
BRIAN BISHOP  
Clerk,  
U.S. Court of Federal Claims  
By _____  
Deputy Clerk