# In the United States Court of Federal Claims

No. 03-2794

(Filed: June 26, 2006)

```
*********************************** *
                                    *
ACCEPTANCE INSURANCE                *
COMPANIES INC.,                     *
                                    *
                Plaintiff,          *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
                Defendant.          *
                                    *
*********************************** *
```

ORDER

During oral argument held on June 26, 2006, counsel for Plaintiff provided the Court with a bench memorandum styled, "Plaintiff's Response To Questions Propounded In The Court's Order Of June 14, 2006." Counsel for Defendant has requested time to respond to Plaintiff's memorandum. Accordingly, Defendant shall file its Response with the Court on or before July 10, 2006.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge

