IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ACCEPTANCE INSURANCE COMPANIES, INC.,**  Plaintiff,  v.  **UNITED STATES OF AMERICA,**  Defendant. | 8:06CV609  ORDER TO SHOW CAUSE |

The records of the court show that on September 27, 2006, letters (filings 78 & 80) were sent to the following attorneys from the Office of the Clerk directing that they register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") and register for admittance to practice in this district.

| | |
|---|---|
| David B. Stinson  U.S. DEPARTMENT OF JUSTICE - CIVIL DIVISION  Classification Unit - Commercial Litigation Branch  1100 L Street, NW  8th Floor  Washington, DC 20530 | Donald A. Brittenham, Jr.  U.S. DEPARTMENT OF AGRICULTURE  Community Development Division  Office of the General Counsel  1400 Independence Ave., SW  Washington, DC 20250 |

To date, neither attorney has complied with this request. Accordingly,

**IT IS ORDERED** that, on or before **December 15, 2006**, Donald A. Brittenham, Jr. and David B. Stinson shall obtain admittance to practice in this district and register for the System or show cause by written affidavit why they cannot comply with the rules of the court.

**DATED November 30, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**