IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ACCEPTANCE INSURANCE COMPANIES, INC.,** )<br>)<br>) | |
| **Plaintiff,** )<br>) | **8:06CV609** |
| v. )<br>) | **ORDER TO SHOW CAUSE** |
| **UNITED STATES OF AMERICA,** )<br>) | |
| **Defendant.** )<br>) | |

The records of the court show that on September 27, 2006, letters (filings 78 & 80) were sent to the following attorneys from the Office of the Clerk directing that they register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System").

Ronald Massumi
SUTHERLAND, ASBILL LAW FIRM - WASHINGTON
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415

Carter L. Williams
SUTHERLAND, ASBILL LAW FIRM - WASHINGTON
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415

To date, neither attorney has complied with this request. Accordingly,

**IT IS ORDERED** that, on or before **December 15, 2006**, Ronald Massumi and Carter L. Williams shall register for the System or show cause by written affidavit why they cannot comply with the rules of the court.

**DATED November 30, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**